## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NGOC THANH PHONG HUYNH,<br>    *Petitioner,* | ) | Docket No. 1:25-cv-10831-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONE MONIZ, Superintendent, PATRICIA | ) | **PETITION FOR WRIT OF** |
| HYDE, Field Office Director, TODD LYONS, Acting | ) | **HABEAS CORPUS** |
| Director U.S. Immigration and Customs | ) | |
| Enforcement, KRISTI NOEM, U.S. Secretary of | ) | |
| Homeland Security, PAM BONDI, U.S. Attorney | ) | |
| General, | ) | |
|     *Respondents.* | ) | |
| | ) | |

### PETITIONER'S MOTION TO HAVE PETITIONER
### TRANSPORTED TO APRIL 17, 2025 HEARING

Petitioner Ngoc Thanh Phong Huynh moves pursuant to 28 U.S.C. § 2241(c)(5) for a writ of habeas corpus *ad testificandum* and *ad prosequendum* so that he may be transported to the hearing on April 17, 2025, on his Petition for Habeas Corpus. Such writ is necessary for two reasons. First, counsel may need to consult with Mr. Huynh about decisions regarding his case that may arise at the hearing. Second, counsel may need to consult with Mr. Huynh to clarify factual issues that are relevant to his petition.

WHEREFORE, Petitioner respectfully requests that this Court issue a writ of habeas corpus *ad prosequendum* or *ad testificandum*.

Respectfully submitted,

Date: April 14, 2025

/s/Jin-Ho King_____
Jin-Ho King #679528 (jk@clearsky.legal)
CLEAR SKY LEGAL PC
28 State Street, Suite 802
Boston, Massachusetts 02109
Tel. (857) 382-7450 x802

*Counsel for Petitioner*

## **Rule 7.1 Certification**

I, Jin-Ho King, hereby certify that I have conferred with counsel for Respondent last week and attempted in good faith to resolve or narrow the issue. Counsel for the Respondents have not yet taken a position on the motion.

Date: April 14, 2025                        /s/Jin-Ho King_____
                                            Jin-Ho King #679528 (jk@clearsky.legal)