UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NGOC THANH PHONG HUYNH,<br>*Petitioner*,<br><br>v.<br><br>ANTONE MONIZ, Superintendent,<br>*Respondent*. | )<br>)  Docket No. 1:25-cv-10831-FDS<br>)<br>)<br>)<br>)<br>)<br>)  **PETITION FOR WRIT OF**<br>)  **HABEAS CORPUS**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties hereby stipulate to dismiss the petition for writ of habeas corpus without prejudice. Mr. Huynh is no longer in custody: Immigration and Customs Enforcement of the the Department of Homeland Security granted him parole and released him earlier this morning.

Respectfully submitted,

| For the Petitioner: | For the Respondent: |
|---|---|
| /s/Jin-Ho King<br>Jin-Ho King #679528 (jk@clearsky.legal)<br>CLEAR SKY LEGAL PC<br>28 State Street, Suite 802<br>Boston, Massachusetts 02109<br>Tel. (857) 382-7450 x802<br><br>Mary Holper #601088 (holper@bc.edu)<br>BC Legal Services LAB Immigration Clinic<br>885 Centre Street<br>Newton, MA 02459<br>Tel. (617) 552-4573 | LEAH B. FOLEY<br>United States Attorney<br>/s/Mark Sauter<br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Email: mark.sauter@usdoj.gov |

Date: April 22, 2025